123 A.3d 727

IN THE MATTER OF DAVID M. BECKERMAN,
AN ATTORNEY AT LAW.

September 28, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–176, concluding that **DAVID M. BECKERMAN** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1951, should be censured for violating *RPC* 3.2 (failing to treat with courtesy and consideration all persons involved in the legal process), and *RPC* 3.4(g) (threatening to present criminal charges to obtain an improper advantage in a civil matter), and good cause appearing;

It is ORDERED that **DAVID M. BECKERMAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.